**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                          )
James C. Eaton,                                   )
                                                          )
                    Plaintiff,                        )        Civil Action No. 13-722-RGA
                                                          )
                    v.                                   )
                                                          )
Jeffrey A. White, Jeff White's Auto Inc., and  )
Jeff White Autoworks Inc.,                     )
                                                          )
                    Defendants.                      )
_____)

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

The Estate of Jeffrey A. White, Jeff White's Auto Inc., and Jeff White Autoworks Inc. (collectively, the "Defendants") hereby move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the complaint (as amended) filed by plaintiff, James C. Eaton ("Plaintiff").

In support of this motion, Defendants have contemporaneously filed the attached brief setting forth the relevant facts and law.

WHEREFORE, Defendants respectfully request that the Court: (1) dismiss with prejudice all claims in Plaintiff's Complaint; and (2) provide Defendants such other relief as is just and proper.

Dated:  May 23, 2014

ARCHER & GREINER, P.C.

*/s/ David W. Carickhoff, Jr.*
Harold W.T. Purnell, II (DE 1094)
David W. Carickhoff, Jr. (DE 3715)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone:  (302) 777-4350
Facsimile:  (302) 777-4352
hpurnell@archerlaw.com
dcarickhoff@archerlaw.com

*Counsel to Estate of Jeffrey A. White, Jeff White's Auto Inc., and Jeff White Autoworks Inc.*